| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Carey, Kevin J. | 2. Court or Organization<br><br>United States Bankruptcy Court for the District of Delaware | 3. Date of Report<br><br>09/30/2019<br>9 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　Date<br>☐ Initial　☐ Annual　☒☒ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>08/31/2019 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor<br>Wilmington, DE 19801 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Member, Board of Directors | American Bankruptcy Institute |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Matthew Bender & Company, Inc. (Lexis/Nexis) Contribution Author to Collier Forms Manual and Treatise | $10,000.00 |
| 2. 2019 | St. John's University (teaching) | $ 3,500.00 |
| 3. 2019 | American Bankruptcy Law Journal (editor) | $ 3,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| | ▓▓▓▓▓▓▓▓, LLC (Wages) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 17, 2019 | Washington, DC | Panelist | Amtrak Fare, Train Station Parking, Registration (including reception) |
| 2. | Eastern District of Pennsylvania Bankruptcy Conference | January 23-25, 2019 | Atlantic City, NJ | Panelist | Lodging, Mileage, Tolls, Parking, Registration (including meals) |
| 3. | American Bankruptcy Institute | January 27-29, 2019 | Alexandria, VA | Strategic Planning Meeting ( Committee Member) | Lodging, Tolls, Parking, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 09/30/19 |

| # | | Date | Location | Role | Expenses |
|---|---|---|---|---|---|
| 4. | St. John's Law School | February 7-9, 2019 | PNew york, NY | Teaching LLM Spring Sales Class | Lodging, Amtrak Fare, Local Transportation, Meals |
| 5. | American Bankruptcy Institute | February 27- March 1, 2019 | Las Vegas, NV | VALCON - Panelist/ Attendee | Lodging, Airfare, Baggage Fees, Registration, Meals |
| 6. | Global Restructuring Review | March 12-13, 2019 | Cayman Islands | Global Restructuring Summit (Keynote Speaker) | Lodging, Airfare, Local Travel, Meals, Registration |
| 7. | American College of Bankruptcy | March 14-17, 2019 | San Diego, CA | Inductee/Attendee | Airfare, Registration, $1,000 Stipernd |
| 8. | New York Institute of Credit | March 26, 2019 | New York, NY | Philadelphia Credit and Restructuring Summit (Panelist) | Parking, Registration |
| 9. | St. John's/ABI Law Review Symposium | April 4, 2019 | New York, NY | Panelist | Lodging, Amtrak, Local Travel, Parking, Meals |
| 10. | American Bankruptcy Institute | April 11-14, 2019 | Washington, DC | Panelist/Attendee | Lodging, Mileage, Tolls, Parking, Registration |
| 11. | Maryland Bankruptcy Bar Association | May 3-4, 2019 | Annapolis, MD | Panelist/Attendee | Lodging, Mileage, Tolls, Registration (including Meals) |
| 12. | American Bankruptcy Institute | May 22, 2019 | New York, NY | New York City Bankruptcy Conference (Panelist) | Lodging, Amtrak Fare, Train Station Parking, Local Transportation, Lunch and Reception, Registration |
| 13. | Turnaround Management Association | June 4-5, 2019 | Atlantic City, NJ | Atlantic City Symposium (Panelist/Honoree) | Lodging, Mileage, Tolls, Registration (including Reception and Meals) |
| 14. | Association of Insolvency and Restructuring Advisors | June 6-8, 2019 | Boston, MA | Annual Conference (Panelist/Attendee) | Amtrak Fare, Local Transportation, Train Station Parking and Reception, Registration |
| 15. | American Bankruptcy Institute | August 2, 2019 | Hershey, PA | Mid-Atlantic Workshop (Panelist) | Mileage, Tolls |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 09/30/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ ☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Optima | Credit Card | K |
| 2. | Aviator Master Card (name correction for Aviant) | Credit Card | J |
| 3. | American Express | Credit Card | K |
| 4. | TD Bank | Credit Card | J |
| 5. | Sears | Credit Card | J |
| 6. | Navient | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 09/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. _____, LLC 401(k)- Investments Trustee directed | C | Dividend | M | T | | | | | |
| 2. Estate #1-PNC Bank (cash in bank account) | | None | J | T | | | | | |
| 3. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carey, Kevin J. | 09/30//2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kevin J. Carey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544